IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TERRIJANA PEAK,

    Plaintiff,

vs.

JARED TAYLOR, Detective #2146;

    Defendant.

8:23CV345

ORDER

    This Court's local rules provide that, if a motion requires the Court to consider any factual matters not stated in the pleadings, a party supporting or opposing the motion must support the factual assertion with evidentiary materials. A party must also identify and authenticate any documents offered as evidence with an affidavit. NECivR. 7.1(a)(2), (b)(2).

    On March 3, 2025, Defendant Jared Taylor filed a motion to compel discovery responses. Filing No. 25. Plaintiff did not timely respond. Upon review of Defendant's motion, the undersigned finds Defendant did not submit evidence in accordance with the applicable rules, including a copy of the discovery to which he seeks a response.

    Accordingly,

IT IS ORDERED:

1) On or before March 27, 2025, Defendant shall file and serve evidentiary materials in support of his motion for sanctions in

accordance with NECivR. 7.1. If Defendant fails to timely comply with this Order, the Court will rule on the pending motion without considering Defendant's evidence.

2) If Defendant timely files and serves evidentiary materials in compliance with this Order, on or before April 3, 2025, Plaintiff may file and serve evidentiary materials in opposition to Defendant's motion to compel in accordance with NECivR. 7.1. If Plaintiff fails to timely comply with this Order, the Court will rule on the pending motion without considering Plaintiff's evidence.

Dated this 20th day of March, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge