IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TERRIJANA PEAK,

    Plaintiff,

vs.

JARED TAYLOR,

    Defendant.

8:23CV345

ORDER

This matter is before the Court on Defendant's motion to compel discovery responses. Filing No. 25. For the reasons set forth herein, the Court grants Defendant's motion.

On August 7, 2023, Plaintiff filed a *pro se* complaint against Defendant. Filing No. 1. She supplemented her complaint on November 16, 2023, Filing No. 7, and February 15, 2024. Filing No. 8. After initial review by this Court on May 8, 2024, Defendant was served, Filing No. 14, and filed an answer. Filing No. 18. The Court entered an order setting out deadlines for the parties to complete various stages of case progression and directed Plaintiff to applicable rules and resources. Filing No. 19.

Pursuant to the evidence before the Court, on December 20, 2024 Defendant served Interrogatories, Requests for Production of Documents and Requests for Admission on Plaintiff. Filing No. 31-1. As of March 26, 2025, Plaintiff had not served any responses to such discovery. Filing No. 31-1.

Pursuant to Fed. R. Civ. P. 33(b)(3), 34(b)(2), and 36(a)(3), Plaintiff's deadline to respond to the Interrogatories, Requests for Production of Documents and Requests for Admission was on or about January 21, 2025. However, the undersigned has received no indication Plaintiff has responded as of today's date. In addition, Plaintiff did not timely oppose Plaintiff's motion to compel or, submit timely evidence in opposition to such.

Defendant does not request sanctions and the Court will not issue sanctions for Plaintiff's failure to respond to Defendant's discovery at this time. However, Plaintiff is warned that, should Plaintiff not fully comply with this order within the time period ordered herein, the Court will seriously consider the imposition of sanctions, including but not dismissal of the above-captioned matter.

IT IS ORDERED:

1) Defendant's motion to compel, Filing No. 25, is granted.
2) Plaintiff is ordered to respond to the interrogatories, requests for production of documents, and requests for admission, which were served upon Plaintiff on December 20, 2024, and can be found on the docket at Filing No. 31, on or before **May 6, 2025**.
3) Plaintiff and defense counsel are reminded to follow the Federal Rules of Civil Procedure and this Court's Local Rules.

    The Federal Rules of Civil Procedure are posted online at:

    https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure

    The Local Rules for the United States District Court for the District of Nebraska are posted on the Court's website at:

    http://www.ned.uscourts.gov/attorney/local-rules

4) **The failure to timely comply with this Order may result in sanctions which include, but may not be limited to, the dismissal of Plaintiff's claims.**

Dated this 8th day of April, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge