IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRIJANA PEAK, | |
| Plaintiff, | 8:23CV345 |
| vs. | |
| JARED TAYLOR, Detective #2146; | ORDER |
| Defendant. | |

On May 13, 2025, the Court entered an order, Filing No. 37, which required the parties to participate in a telephonic status conference on July 1, 2025. Plaintiff did not appear. Filing No. 38. The Court entered a second order requiring the parties to participate in a continued telephonic status conference on August 5, 2025. *Id.* Plaintiff did not appear. Filing No. 42.

Additionally, the Court ordered Plaintiff to respond to certain interrogatories, requests for production of documents, and requests for admission on or before June 12, 2025. Filing No. 36. Plaintiff was warned the failure to timely comply with this order may result in sanctions which include, but may not be limited to, the dismissal of Plaintiff's claims. *Id.* Plaintiff has not filed a certificate of service indicating she served responses to this discovery. *See* NECivR 33.1(e); 34.1(b); 36.1(c). Plaintiff has not explained her failure to appear at the July 1 and August 5 teleconferences or her failure to respond to the discovery as previously ordered.

Accordingly,

IT IS ORDERED that Plaintiff is given until August 20, 2025 to show cause why the court should not dismiss for want of prosecution the claims brought by Plaintiff. The failure to timely comply with this order may result in dismissal of the claims filed by Plaintiff without further notice.

Dated this 6th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge