IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRIJANA PEAK,<br><br>   Plaintiff,<br><br>vs.<br><br>JARED TAYLOR, Detective #2146;<br><br>   Defendant. | 8:23CV345<br><br>**ORDER** |

On September 9, 2025, the Court entered an order, Filing No. 51, which required the parties to participate in a telephonic status conference on December 4, 2025. Plaintiff did not appear.

Accordingly,

IT IS ORDERED that Plaintiff is given until January 5, 2026 to show cause why the Court should not dismiss for want of prosecution the claims brought by Plaintiff. The failure to timely comply with this order may result in dismissal of the claims filed by Plaintiff without further notice.

Dated this 15th day of December, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

1