IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TERRIJANA PEAK,

Plaintiff,

vs.

JARED TAYLOR, Detective #2146,

Defendant.

8:23-CV-345

ORDER

This matter is before the Court on the Magistrate Judge's findings and recommendation (filing 64) recommending that this case be dismissed for want of prosecution, and the plaintiff's objection (filing 65) to the findings and recommendation. The Court, having conducted a *de novo* review of the record pursuant to 28 U.S.C. § 636(b)(1), *see United States v. Portmann*, 207 F.3d 1032, 1033 (8th Cir. 2000), agrees with the findings and recommendation and will adopt them. Accordingly,

1. The Magistrate Judge's findings and recommendation (filing 64) are adopted.

2. The plaintiff's objection (filing 65) is overruled.

3. The defendant's motion for summary judgment (filing 59) is denied as moot.

4. This case is dismissed for want of prosecution.

5. A separate judgment will be entered.

Dated this 16th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge